FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 27 2016

MATTHEW J. DYKMAN
CLERK

AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District District of New Mexico | |
|---|---|---|
| Name of Movant Julio Mendoza-Acosta | Prisoner No. 01460-196 | Case No. 10-2848 WJ |
| Place of Confinement FCI Victorville Med II | | 16 CV 732 WJ/GBW |

UNITED STATES OF AMERICA     V.     Julio Mendoza -Acosta

(name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack United States District Court District Of New Mexico

2. Date of judgment of conviction __November 11, 2011__

3. Length of sentence __210 Months__

4. Nature of offense involved (all counts) __21 USC 841, and 846__

5. What was your plea? (Check one)
   (a) Not guilty ☒
   (b) Guilty ☐
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐
          N/A

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☐

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

    (a) Name of court _____ N/A _____

    (b) Result _____

    (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes ☐ No ☐

11. If your answer to 10 was "yes", give the following information:

    (a) (1) Name of court _____ N/A _____

       (2) Nature of proceeding _____

       (3) Grounds raised _____

                    N/A

       (4) Did you receive an evidentiary hearing on your petition, application or motion?
       Yes ☐ No ☐

       (5) Result _____ N/A _____

       (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

       (1) Name of court _____

       (2) Nature of proceeding _____

       (3) Grounds raised _____ n/A _____

(3)

A O 243 (Rev. 5/85)

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result _____ N/A

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☐ No ☐
(2) Second petition, etc.     Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____ N/A

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(4)

AO 243 (Rev. 5/85)

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: ___Petitioner is serving an illegal sentence___

___based on the Supreme Court ruling in Johnson v. United States___

Supporting FACTS (state *briefly* without citing cases or law) ___Petitioner was sentenced___

___as a Career Offender based on the residual clause.  In___

___Johnson the Supreme COurt invalidated the use of the___

___residual clause.  Petitioner is serving an illegal sentence___

___becuase it violates due process.  The sentence should___

___therefore be vacated.___

B. Ground two: _____ N/A _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____ N/A _____

_____

_____

_____

_____

_____

C. Ground three: _____ N/A _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

(5)

AO 243 (Rev. 5/S5)

D. Ground four: _____
_____ N/A _____

Supporting FACTS (state *briefly* without citing cases or law): _____
_____
_____
_____
_____
_____
_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: _____
_____
_____ N/A _____
_____
_____
_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☐

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing _____
_____ N/A _____

(b) At arraignment and plea _____
_____

(c) At trial _____
_____ N/A _____

(d) At sentencing _____
_____

AO 243 (Rev. 5/85)

(e) On appeal _____ N/A _____
_____

(f) In any post-conviction proceeding _____
_____

(g) On appeal from any adverse ruling in a post-conviction proceeding _____
_____ N/A _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☐

(a) If so, give name and location of court which imposed sentence to be served in the future: _____
_____
_____

(b) Give date and length of the above sentence: _____ N/A _____
_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☐

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on
__June 22, 2016__
(date)

_Julio Mendoza Acosta_
Signature of Movant

Julio Mendoza-Acosta

(7)

Jul  Mendoza-Acosta
Re  o. 01460196
F  ral Correctional Institution
Victorville Med II
Box 3850
/elanto, CA, 92301

RECEIVED
At Albuquerque NM

JUN 2 7 2016

MATTHEW J. DYKMAN
CLERK

United States District Court
District Of New Mexico
333 Lomas Boulevard, N.W
Suite 270
Albuquerque, NM 87102

8710232274 C023

LEGAL MAIL.